## FOUNTAIN *v.* CRUM, judge.

PER CURIAM. The Court of Appeals has certified the following question to this court: "Has the Court of Appeals jurisdiction to grant a petition for mandamus to compel the trial judge to assess the amount of a supersedeas bond in a criminal case, where the defendant, under an indictment for murder, was convicted of voluntary manslaughter, and sentenced to twenty years in the penitentiary, and where a motion for a new trial was duly filed and overruled, to the overruling of which a bill of exceptions to the Court of Appeals was certified and filed?"
This question is answered in the negative. A discussion of it is unneces-

sary, in view of the rulings which have been made in more than one decision by this court relative to this subject. *Conwell* v. *McWhorter*, 93 *Ga.* 254 (19 S. E. 50); *Savannah &c. Ry. Co.* v. *Postal Tel. Co.*, 113 *Ga.* 916 (39 S. E. 399).

No. 1067. JULY 15, 1918.

Question certified by Court of Appeals (Case No. 9955).

*John W. Bennett* and *H. J. Quincey*, for plaintiff in error.